IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-470-D

BRANDON CALLIER, )
)
Plaintiff, )
)
v. ) **ORDER**
)
FAMILY ADVANTAGE PLUS GROUP )
LLC, d/b/a THE STOVER GROUP, and )
DARIUS STOVER, )
)
Defendants. )

On December 11, 2023, plaintiff, appearing pro se, moved for entry of default [D.E. 9]. On December 15, 2023, defendants, appearing pro se, moved for an extension of time to respond to the complaint and to obtain legal counsel. See [D.E. 10]. Defendants request an extension of time to June 30, 2024. See id. No attorney has filed a notice of appearance on behalf of defendant Family Advantage Plus Group LLC, d/b/a The Stover Group.

"[T]he parties may plead and conduct their own cases personally or by counsel . . . ." 28 U.S.C. § 1654. The right to conduct a case personally, however, does not extend to corporations, partnerships, or associations in federal court. "[A] corporation may appear in the federal courts only through licensed counsel." Rowland v. Cal. Men's Colony, 506 U.S. 194, 202 (1993); see RZS Holdings AVV v. PDVSA Petroleo S.A., 506 F.3d 350, 354 n.3 (4th Cir. 2007). Defendant Family Advantage Plus Group LLC, d/b/a The Stover Group, is a collective entity and may not appear without counsel. See also Local Civ. R. 5.2(b)(2), 83.1.

Defendant Family Advantage Plus Group LLC, d/b/a The Stover Group, is ORDERED to retain counsel and to have counsel file a notice of appearance not later than March 14, 2024. The

1

failure to do so may result in sanctions including entry of default.

Defendants' motion to extend time to answer or otherwise plead to the complaint is GRANTED IN PART and DENIED IN PART. Defendants' answers are due not later than March 29, 2024. The court WARNS that if the parties or counsel fail to meet any other deadlines or act in accordance with the rules of this court, sanctions (up to and including default) will be imposed. Cf. Hathcock v. Navistar Int'l Transp. Corp., 53 F.3d 36, 40–41 (4th Cir. 1995).

SO ORDERED. This 14 day of February, 2024.

JAMES C. DEVER III
United States District Judge

2

Case 5:23-cv-00470-D-KS   Document 12   Filed 02/14/24   Page 2 of 2